TO REUSE: Cover or mark through any previous shipping information.

ORIGIN ID:MTPA (615) 500-4411
CHRIS SEVIER
9 MUSIC SQ S

NASHVILLE, TN 37203
UNITED STATES US

SHIP DATE: 08JUL17
ACTWGT: 1.70 LB
CAD: 6996367/SSF01802

BILL CREDIT CARD

TO CLERK'S OFFICE
CLERK'S OFFICE
901 19TH ST
STE 105A
DENVER CO 80294
(303) 844-3433



MON - 10 JUL 3:00P
TRK# 7871 2500 2798   STANDARD OVERNIGHT
0201

XH DENA                80294
                   CO-US   DEN



Align bottom of peel-and-stick airbill or pouch here.