IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 17-cv-1750-WJM-NYW

CHRIS SEVIER,
JOAN GRACE HARLEY,
JOHN GUNTER, JR., and
WHITNEY KOHL,

    Plaintiffs,

v.

JOHN HICKENLOOPER, in his Official Capacity as Governor of Colorado,
CYNTHIA COFFMAN, in her Official Capacity as Attorney General,
MATT CRANE, in his Capacity as Supervisor Marriage License and County Recorder
of Arapahoe County,
STACY WORTHINGTON, in her Capacity as Assistant Attorney General in Colorado, and
AUBREY ELENIS, Director of the Colorado Civil Rights Division,

    Defendants.

---

Civil Action No. 17-cv-1666-WJM-NYW

JOAN GRACE HARLEY,
CHRIS SEVIER,
JOHN GUNTER, JR., and
WHITNEY KOHL,

    Plaintiffs,

v.

MASTERPIECE CAKE SHOP LTD. and
JACK PHILLIPS,

    Defendants.

---

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case and the Order Dismissing All Claims With Prejudice, entered by the Honorable William J. Martínez, United States District Judge, on January 18, 2018, it is

ORDERED that

1. All of Plaintiffs' claims and both Case No. 17-cv-1666-WJM-NYW and Case No. 17-cv-1750-WJM-NYW are DISMISSED WITH PREJUDICE as a sanction for Plaintiffs' violation of Court Orders, in particular of their continued *ad hominem attacks*, and for non-compliance with the Federal Rules of Civil Procedure, violation of D.C.COLO.LCivR 7.1(i), other litigation misconduct, and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6);

2. The following Motions to Dismiss are GRANTED:

    a. In Case No. 17-cv-1666-WJM-NYW: ECF No 91;

    b. In Case No. 17-cv-1750-WJM-NYW: ECF Nos. 104 & 105;

3. All other pending motions, recommendations, and objections are DENIED AS MOOT. It is

FURTHER ORDERED that Civil Action Nos. 17-cv-1750-WJM-NYW and 17-cv-1666-WJM-NYW are terminated. It is

FURTHER ORDERED that Defendants shall have their costs upon compliance with D.C.COLO.LCivR 54.1. The Court will entertain requests for an award of attorneys' fees upon motion of any Defendant and upon any grounds Defendants may raise, such motion(s), if any, must be filed no later than **February 15, 2018**.

Dated at Denver, Colorado, this 18th day of January, 2018.

| APPROVED BY THE COURT: | FOR THE COURT:<br>JEFFREY P. COLWELL, CLERK |
|---|---|
| *[signature]*<br>Judge William J. Martínez | By: s/Deborah Hansen<br>Deborah Hansen, Deputy Clerk |